CLARE E. CONNORS          7936
Attorney General of Hawaii

CARON M. INAGAKI          3835
JOHN M. CREGOR, JR.       3521
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii  96813
Telephone:  (808) 586-1494
Email:    John M.Cregor@hawaii.gov

Attorneys for Defendants
CLARE E. CONNORS, Attorney General
of Hawaii, and AL CUMMINGS, State
Sheriff Division Administrator  (In Their Official Capacities)

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW NAMIKI ROBERTS,<br><br>          Plaintiff,<br><br>    vs.<br><br>CLARE E. CONNORS, in her Official Capacity as the Attorney General of the State of Hawaii, and AL CUMMINGS, in his Official Capacity as the State Sheriff Division Administrator,<br><br>          Defendants. | CIVIL NO. CV19-00165 DKW-WRP<br><br>STIPULATION TO DISMISS COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, FILED ON APRIL 2, 2019 WITH PREJUDICE, and ORDER<br><br><br><br>Judge:  The Hon. Derrick K. Watson<br>Trial:    June 15, 2020 |

774393_1

STIPULATION TO DISMISS COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF, FILED ON APRIL 2, 2019
WITH PREJUDICE, and ORDER

It is hereby stipulated between the Plaintiff Andrew Namiki Roberts and

Defendants, Clare Connors and Al Cummings, by their respective attorneys that:

1. The decision and order in the case of *Fotoudis v. City and County of Honolulu, et al.* Civ. No. 14-00333 JMS-RLP (Dist. of Hawaii, 2014) will apply in this case;

2. Plaintiff may submit an application for a license to carry to the Chief of Police of Honolulu, pursuant to HRS § 134-9;

3. The parties have representations from the Office of the Chief of Police that Plaintiff's application will be received and processed in the same manner as if he were a citizen of the United States of America;

4. Plaintiff is the prevailing party and may within thirty days of this order file a petition for attorney's fees and costs; and

5. This matter will, upon approval of the Court, be dismissed with prejudice, the Court retaining jurisdiction to consider the fee petition.

DATED:  San Diego, California, July 9, 2019.

 /s/ Alan Beck_____
ALAN ALEXANDER BECK, ESQ.
STEPHEN D. STAMBOULIEH, ESQ.

Attorneys for Plaintiff
ANDREW NAMIKI ROBERTS

DATED:  Honolulu, Hawaii, July 11, 2019.


 /s/ John M. Cregor
JOHN M. CREGOR, JR.
Deputy Attorney General

Attorney for Defendants
CLARE E. CONNORS and AL CUMMINGS,
In Their Official Capacities


APPROVED AND SO ORDERED:

Dated: August 9, 2019 at Honolulu, Hawai'i.




Derrick K. Watson
United States District Judge


---

*Andrew Namiki Roberts v. Clare E. Connors, et al.*; Civil No. CV19-00165 DKW-
WRP, U. S. District Court; STIPULATION TO DISMISS COMPLAINT FOR
DECLARATORY AND INJUNCTIVE RELIEF, FILED ON APRIL 2, 2019,
WITH PREJUDICE, and ORDER.