# Ⓢ Stamboulieh Law, PLLC

P.O. Box 4008, Madison, MS  39130 | (601) 852-3440 | stephen@sdslaw.us

September 6, 2019

Hon. Wes Reber Porter, U.S. Magistrate Judge
United States District Court
300 Ala Moana Blvd C-338
Honolulu, HI  96850

      RE:  1:19-cv-00165-DKW-WRP, *Andrew Namiki Roberts v. Clare E. Connors, in her official capacity as the Attorney General of the State of Hawaii and Al Cummings in his official capacity as the State Sheriff Division Administrator*

Dear Magistrate Judge Porter:

    This letter is written to advise the Court that the parties have amicably resolved the Plaintiff's request for attorneys' fees and costs and that Plaintiff will not be filing a Motion for Attorneys' Fees.

                                           Yours very truly,

                                           STEPHEN D. STAMBOULIEH

cc:     All counsel of record (ECF)